IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | * CR. NO. 05-10082 |
| DENNIS JOEL IVEY, | * |
| Defendant. | * |

## ORDER

The Court has before it the Government's request for review of U.S. Magistrate S. Thomas Anderson granting a bond to the defendant. This Court finds it appropriate to stay the Magistrate Judge's ruling on bond until the matter is heard. Accordingly, the Magistrate Judge's ruling on bond for defendant DENNIS JOEL IVEY is stayed until the completion of the hearing on the appeal of this matter.

Ordered this 16th day of November, 2005.

_____
JAMES D. TODD
CHIEF, UNITED STATES DISTRICT JUDGE

DATE: November 14, 2005.

APPROVED: _____
JAMES W. POWELL
Assistant U.S. Attorney

3

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11/17/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 1:05-CR-10082 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT