UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Eastern Division
Office of the Clerk

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U. S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

---

## NOTICE OF SETTING
### Before Judge James D. Todd, Chief United States District Judge

---

November 18, 2005

RE:   1:05cr10082-001T
      *USA v. DENNIS JOEL IVEY*

Dear Sir/Madam:

A(n) **HEARING ON APPEAL** has been **SET** before **Judge James D. Todd on MONDAY, NOVEMBER 28, 2005 at 9:30 A.M. in Courtroom 432, 4th floor of the U. S. Courthouse, Jackson, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   *Evelyn Cheairs*
      Evelyn Cheairs, Case Manager
      731-421-9207

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 1:05-CR-10082 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT