IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Cr. No. 05-10082-T/An

DENNIS JOEL IVEY,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on November 21, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                                                S. Thomas Anderson
                                                S. THOMAS ANDERSON
                                                United States Magistrate Judge

Charges:     felon in possession of firearm with removed serial number

Assistant U.S. Attorney assigned to case: Powell

Rule 32 was not waived.

Defendant's age: 44

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/22/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CR-10082 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT