

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                              CR NO. 1:05-10082-01-T

DENNIS JOEL IVEY

ORDER REVOKING BOND

A hearing came on to be heard on November 28, 2005. Assistant U. S. Attorney James W. Powell appeared for the government and M. Dianne Smothers, who was appointed, appeared as counsel for the defendant.

The defendant appeared before Magistrate Judge S. Thomas Anderson on November 14, 2005, for a detention hearing, at which time a bond was set in the amount of $1500.00 to be secured by ten (10) percent. An Order Setting Conditions of Release was entered. The government filed an appeal opposing the order setting conditions of release and requesting that the defendant's bond be revoked.

A hearing was held and conditions were found showing that defendant's bond should be revoked.

It is therefore ORDERED that the defendant's bond previously established on November 14, 2005, be and hereby is revoked. The defendant will be held in custody pending

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12/8/05

trial of this matter.

    IT IS SO ORDERED.

                                            */s/ James D. Todd*
                                            JAMES D. TODD
                                            UNITED STATES DISTRICT JUDGE
                                            DATE: 2 December 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 1:05-CR-10082 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT